IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAIME BEAU SPIVEY,

      Appellant,

v.

Case No.  5D23-817
LT Case No. 2013-CF-001047-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 18, 2023

3.850 Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Jaime Beau Spivey, Raiford, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, BOATWRIGHT and KILBANE, JJ., concur.